# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 15-3029-MJ-MJW |
| William Harlan Parker ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/28/2015__ in the county of __Hickory__ in the __Western__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(9) | Possession of firearms after being convicted of misdemeanor crime of domestic violence |
| 26 U.S.C. § 5861 | Possession of an unregistered firearm |

This criminal complaint is based on these facts:

See affidavit of ATF Special Agent Christopher Redies, attached hereto and made a part hereof for all purposes.

☑ Continued on the attached sheet.

*Complainant's signature*

ATF Special Agent Christopher Redies
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/28/2015

*Judge's signature*

City and state: Jefferson City, Missouri

Matt J. Whitworth, United States Magistrate Judge
*Printed name and title*